CHARLES A. KNAPP, Respondent, v. NEW YORK RAILWAYS COMPANY, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide event, on the ground that the finding of the jury that the defendant was negligent and the plaintiff free from contributory negligence is against the weight of the evidence. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

SARAH M. RUHLIN, Appellant, v. WILLIAM J. BURNS INTERNATIONAL DETECTIVE AGENCY, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page,. Shearn and Merrell, JJ.

HARRIET E. ERLANGER, Respondent, v. ARTHUR G. ERLANGER, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

EDMOND J. SLATTERY, Respondent, v. JACOB RUPPERT, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulate to reduce verdict to the sum of $1,000; in which event, the judgment as so reduced and the order appealed from are affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

JAMES SLATTERY, an Infant, by EDMOND J. SLATTERY, His Guardian ad Litem, Respondent, v. JACOB RUPPERT, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

HAMILTON BUILDING COMPANY, Respondent, v. RAPID TRANSIT SUBWAY CONSTRUCTION COMPANY, Appellant, Impleaded with Another.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

THOMAS ASHBURNER, Respondent, v. RICHARD D. WYCKOFF, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulate to reduce judgment as entered to the sum of $3,220.67; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

JOSEPH GUARINO, an Infant, etc., by BERNARD GUARINO, His Guardian ad Litem, Respondent, v. CHARLES J. BERGOLD, Doing Business under the Name and Style of AUSTEN & BERGOLD, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that the plaintiff failed to sustain the burden of proof. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

PAULINE FINVER, Respondent, v. MAX MANDEL, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

MEYER-DENKER-SINRAM COMPANY, Respondent, v. HENNESSY REALTY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.